UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC McCANTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-CV-8000 |
| | ) | |
| DAIMLER TRUCKS NORTH AMERICA, LLC, | ) | Hon. William J. Hibbler |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **DEFENDANT DAIMLER TRUCKS NORTH AMERICA, LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Daimler Trucks North America, LLC ("DTNA"), by its attorneys, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(c) for Judgment on the Pleadings as to all counts of Plaintiff Eric McCants' Complaint (the "Complaint"), and in support thereof states as follows:

1. On or about October 14, 2011, Plaintiff filed his Complaint *pro se* in the Circuit Court of Cook County, alleging race discrimination and retaliation against DTNA, his former employer. *See* Complaint, ¶¶ 2-3. On November 11, 2011, DTNA removed this matter to this Court on the basis of federal question jurisdiction. Dkt. No. 1.

2. Upon taking Plaintiff's deposition on December 22, 2011, counsel for DTNA learned that Plaintiff had previously filed a voluntary petition for bankruptcy under Chapter 7 of the United States Bankruptcy Code, and that Plaintiff's debt was subsequently discharged in May of 2011 by the United States Bankruptcy Court for the Northern District of Illinois.

3. After conducting further investigation into publicly available documents, counsel for DTNA determined that Plaintiff had full knowledge and notice of the claims asserted in the Complaint prior to petitioning for bankruptcy, but did not disclose such claims as potential assets on the schedule of assets submitted with his voluntary petition. Failure to disclose such assets precludes Plaintiff from later asserting such claims for his benefit at the expense of his creditors under the doctrine of judicial estoppel.

4. As a result of judicially noticeable facts, and for other reasons articulated more fully in DTNA's Memorandum of Law In Support of Its Motion For Judgment on the Pleadings, contemporaneously filed this Motion, Plaintiff is precluded as a matter of law from pursuing the claims asserted in the Complaint against DTNA under the doctrine of judicial estoppel. As a result of these facts, and based upon the pleadings, this Court must dismiss the Complaint with prejudice.

WHEREFORE, Defendant Daimler Trucks North America, Inc. respectfully requests this Court:

    a. Dismiss all claims raised against it by Plaintiff in his Complaint pursuant to Fed. R. Civ. P. 12(c), with prejudice;

    b. Enter judgment in its favor and against Plaintiff based upon the pleadings and judicially noticeable facts;

    c. Award it all reasonable costs and attorneys fees associated with defending the instant matter; and

4841-1108-6606.1

      d.      For any other relief this Court deems just and equitable.

Dated: March 15, 2012                              Respectfully submitted,

                                                /s/ Christopher G. Ward
                                                Christopher G Ward
                                                John L. Litchfield
                                                Foley & Lardner LLP
                                                321 North Clark Street, Suite 2800
                                                Chicago, IL 60654-5313
                                                312.832.4500
                                                312.832.4700

                                                Attorneys for Defendant DAIMLER TRUCKS NORTH AMERICA, LLC

4841-1108-6606.1